| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Clifton, Richard R. | 2. Court or Organization<br><br>9th Circuit | 3. Date of Report<br><br>05/01/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,　　Date<br>☐ Initial　　☑ Annual　　☐ Final<br><br>5b. ☐　Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>999 Bishop Street, Suite 2010<br>Honolulu, Hawaii 96813 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting Individual only; see pp. 9-13 of filing instructions.)*

☐　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.　Director | American Judicature Society, Hawaii Chapter |
| 2.　Director | Hawaii Public Radio |
| 3.　Director | Hawaii Women's Legal Foundation |
| 4.　Director | Ninth Judicial Circuit Historical Society |
| 5.　Co-trustee | Trusts #1 - #3 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/95 | Cades Schutte Fleming & Wright Partnership Resolutions (including retirement terms, no control) |
| 2. | |
| 3. | |

Clifton, Richard R.

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/01/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | University of San Diego - teaching | $1.000 00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self-employed, dietitian consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. see pp 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. University of San Diego | March 4-5, 2009 | San Diego, CA | Teaching in Jurist in Residence program | Transportation, lodging, meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/01/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Hawaiian Bank savings | A | Interest | K | T | | | | | |
| 2. First Hawaiian Bank checking | A | Interest | K | T | | | | | |
| 3. Hawaii Central Credit Union | A | Interest | J | T | | | | | |
| 4. Univ of Hawaii FCU | C | Interest | M | T | | | | | |
| 5. Goodyear common | | None | J | T | | | | | |
| 6. Hawaiian Electric Industries common | B | Dividend | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. Brokerage acct #1 | | | | | | | | | |
| 9. -- Echostar common | | None | J | T | | | | | |
| 10. -- Dish Network Cl A common | | None | K | T | | | | | |
| 11. -- IBM common | A | Dividend | L | T | | | | | |
| 12. -- Real Networks common | | None | J | T | | | | | |
| 13. -- Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 14. | | | | | | | | | |
| 15. NATIXIS Cash Mgmt Trust | A | Dividend | J | T | | | | | |
| 16. Fidelity Growth & Income (IRA) | A | Dividend | K | T | | | | | |
| 17. Fidelity Magellan Fund (IRA) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | | P4 = More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oppenheimer Growth Fund A (IRA) | A | Dividend | K | T | | | | | |
| 19. | | | | | | | | | |
| 20. Brokerage acct #2 | | | | | | | | | |
| 21. -- Ballard Power Systems common | | None | J | T | | | | | |
| 22. -- Ciena common | | None | J | T | | | | | |
| 23. -- Intel common | A | Dividend | K | T | | | | | |
| 24. -- Charles Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 25. -- Hawaii state bonds | | | J | T | Matured (part) | 12/01/09 | K | E | |
| 26. | | | | | | | | | |
| 27. IRA acct #3 | | | | | | | | | |
| 28. -- Intel common | A | Dividend | K | T | | | | | |
| 29. -- Microsoft common | A | Dividend | J | T | | | | | |
| 30. -- Templeton Growth Fund class A | B | Dividend | L | T | | | | | |
| 31. -- Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 32. | | | | | | | | | |
| 33. CREF Stock Fund | | None | K | T | | | | | |
| 34. CREF Global Equities | | None | K | T | | | | | |

| 1 Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | | | | | |
| 36. Brokerage acct #4 | | | | | | | | | |
| 37. -- Charles Schwab Money Market Fund | A | Dividend | | | Closed | 4/15/09 | J | | |
| 38. | | | | | | | | | |
| 39. JP Morgan Group Equity Index Fund A | A | Dividend | K | T | | | | | |
| 40. | | | | | | | | | |
| 41. Brokerage acct #5 | | | | | | | | | |
| 42. -- Charles Schwab Money Market Fund | A | Dividend | | | Closed | 4/15/09 | J | | |
| 43. | | | | | | | | | |
| 44. JP Morgan Group Equity Index Fund A | A | Dividend | K | T | | | | | |
| 45. | | | | | | | | | |
| 46. Brokerage acct #6 | | | | | | | | | |
| 47. -- Berkshire Hathaway Class A | | None | M | T | | | | | |
| 48. -- Charles Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 49. -- Lake City Bank CD | B | Int./Div. | | | Matured | 01/16/09 | L | | |
| 50. | | | | | | | | | |
| 51. Agence 21, Inc. common | | None | | | Expired | 01/30/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. MAAS Intek, Inc. common | | None | | | Expired | 01/30/09 | | | |
| 53. RepNet, Inc. common | | None | | | Expired | 01/30/09 | | | |
| 54. | | | | | | | | | |
| 55. HR-10 and 401K accts (former law firm) | | None | P1 | T | | | | | |
| 56. -- American Funds AMCAP Fund | | | | | | | | | |
| 57. -- Oppenheimer Main Street Small Cap Fund | | | | | | | | | |
| 58. -- American Funds Investment Co of America (HR-10) | | | | | | | | | |
| 59. -- American Funds Wash Mutual Invs (HR-10) | | | | | | | | | |
| 60. -- PIMCO Total Return - A (HR-10) | | | | | | | | | |
| 61. -- Guaranteed Income Fund | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. Northwestn Mutual whole life | | None | L | T | | | | | |
| 64. Northwestn Mutual extra ordinary life | | None | M | T | | | | | |
| 65. Midland National whole life | | None | J | T | | | | | |
| 66. | | | | | | | | | |
| 67. Trust #1 | | None | O | T | | | | | |
| 68. -- JP Morgan Tax Free Mmkt Prem Sweep | | | | | | | | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -- Cullen High Divid Eq Fd Cl I | | | | | | | | | |
| 70. -- FMI Large Cap Fd | | | | | Sold (part) | 7/6/09 | K | A | |
| 71. -- Hartford Mut Cap Appreciation Fd I | | | | | Buy | 4/14/09 | J | | |
| 72. -- Ishares Tr Russell 1000 Value Index | | | | | Buy (add'l) | 4/14/09 | J | | |
| 73. -- Ishares Tr S&P 500 Index Fund | | | | | | | | | |
| 74. -- Ivy Large Cap Growth Fd Cl I | | | | | Buy (add'l) | 4/14/09 | J | | |
| 75. -- JPMorgan Intrepid America Fd | | | | | | | | | |
| 76. -- Ishares Tr Cohen & Steers Rlty Major | | | | | | | | | |
| 77. -- Ishares Tr Russell Midcap Index Fund | | | | | Buy (add'l) | 4/14/09 | J | | |
| 78. -- JPMorgan Mkt Expansion Index Fd | | | | | | | | | |
| 79. -- JPMorgan Multi-cap Mkt Neutral Fd | | | | | | | | | |
| 80. -- JPMorgan Small Cap Equity Fund | | | | | Sold (part) | 4/14/09 | J | A | |
| 81. -- JPMorgan Tr Highbridge Stat Mkt Neut Fd | | | | | | | | | |
| 82 -- Dodge & Cox Fds Intl Stk Fd | | | | | Sold (part) | 7/6/09 | K | D | |
| 83. -- Ishares MSCI All Cntry Asia Ex Jap Fd | | | | | Buy (add'l) | 7/7/09 | K | | |
| 84 -- JPMorgan Asia Equity Fd | | | | | | | | | |
| 85. -- JPMorgan Intrepid Intl Fd Select | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -- JPMorgan International Equity Index | | | | | Buy | 7/6/09 | K | | |
| 87. -- T Rowe Price Intl Fds New Asia Fd | | | | | | | | | |
| 88. -- Ishares Tr US Treas Indt Prot Fd | | | | | Sold | 7/6/09 | K | A | |
| 89. --Ishares Tr Barclays Tips Bd Fd | | | | | | | | | |
| 90. -- Goldman Sachs Tr High Yld Fd Instl | | | | | Buy | 4/14/09 | J | | |
| 91. -- JPMorgan Strat Incm Oppys Fd Sel | | | | | Buy | 4/14/09 | J | | |
| 92. -- JPMorgan High Yield Bond Fund Select | | | | | Buy (add'l) | 4/14/09 | J | | |
| 93. -- JPMorgan Short Duration Bond Fd | | | | | | | | | |
| 94. -- Vanguard Fx Inc Sec Tm Invt Grd | | | | | Buy | 4/14/09 | K | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. Trust #2 | None | | N | T | | | | | |
| 99. -- JP Morgan Tax Free Mmkt Prem Sweep | | | | | | | | | |
| 100. -- Dodge & Cox Fds Intl Stk Fd | | | | | Sold (part) | 4/14/09 | J | A | |
| 101. -- Eaton Vance Invt Tr Lg Cap Val Fd I | | | | | Buy (add'l) | 4/14/09 | J | | |
| 102. -- FMI Large Cap Fd | | | | | Sold (part) | 7/6/09 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O = $500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Cost (Real Estate Only) U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- Hartford Mut Cap Appreciation Fd I | | | | | Buy | 4/16/09 | K | | |
| 104. -- Ishares MSCI All Cntry Asia Ex Jp Fd | | | | | Sold (part) | 4/16/09 | K | B | |
| 105. -- Ishares Russell Midcap Index Fd | | | | | Buy (add'l) | 4/14/09 | J | | |
| 106. -- Ishares Tr S&P Smallcap 600 Index Funde | | | | | Sold | 4/16/09 | J | | |
| 107. -- Ishares Tr S&P 500 Index Fd | | | | | Sold (part) | 04/16/09 | J | | |
| 108. -- Ivy Large Cap Growth Fd Cl I | | | | | Buy (add'l) | 4/14/09 | J | | |
| 109. -- JPMorgan Asia Equity Fd | | | | | Buy (add'l) | 4/14/09 | J | | |
| 110. -- JPMorgan Highbridge Stat Mkt Neut Fd | | | | | Buy (add'l) | 4/14/09 | J | | |
| 111. -- JPMorgan Intrnl Equity Index | | | | | Buy | 7/6/09 | J | | |
| 112. -- JPMorgan Intrepid America Fd | | | | | | | | | |
| 113. -- JPMorgan Intrepid Intl Fd Select | | | | | | | | | |
| 114. -- JPMorgan Multi-cap Market Neutral Fd | | | | | Sold | 4/14/09 | J | | |
| 115. -- JPMorgan US Large Cap Core Plus Sel | | | | | | | | | |
| 116. -- JPMorgan US Real Estate Fund | | | | | | | | | |
| 117. -- T Rowe Price Int Fds New Asia Fd | | | | | | | | | |
| 118. --Ishares Tr Barclay Tips Bd Fd | | | | | Sold (part) | 4/16/09 | J | | |
| 119. -- Goldman Sachs Tr High Yield Fd Instl | | | | | Buy | 4/16/09 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,601 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -- JPMorgan High Yield Bond Fund | | | | | | | | | |
| 121. -- Ishares Tr US Treas Intl Prot Fd | | | | | | | | | |
| 122. -- JPMorgan Short Duration Bond Fd | | | | | Sold (part) | 4/14/09 | L | | |
| 123. -- JPMorgan I Strat Incm Oppys Fd Sel | | | | | Buy | 4/14/09 | J | | |
| 124. -- Vanguard Fx Inc Sec Int Rm Invt Grd | | | | | Buy | 4/14/09 | K | | |
| 125. | | | | | | | | | |
| 126. Trust #3 [           ] IRA) | None | | O | T | | | | | |
| 127. -- JPMorgan Deposit Sweep Inst | | | | | | | | | |
| 128. -- Aston Fds Tamro Small Cap Fd Cl 1 | | | | | Sold (part) | 4/14/09 | J | | |
| 129. -- FMI Large Cap Fd | | | | | | | | | |
| 130. -- Harbor Fd Intl Instl Cl | | | | | Sold | 4/14/09 | K | | |
| 131. -- Ishares MSCI All Cntry Asia Ex Jap Fd | | | | | Sold | 4/16/09 | J | B | |
| 132. -- Ishares Russell Midcap Growth Index Fd | | | | | Sold (part) | 4/16/09 | J | | |
| 133. -- Ishares Russell Midcap Index Fd | | | | | Buy (add'l) | 4/16/09 | J | | |
| 134. -- Ishares Russell 1000 Growth Index | | | | | Sold (part) | 4/16/09 | J | | |
| 135. -- Ishares Russell 1000 Value Index | | | | | Buy (add'l) | 4/14/09 | J | | |
| 136. -- JPMorgan Asia Equity Fd | | | | | Sold (part) | 4/14/09 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -- JPMorgan Diversified Mid Cap Growth Fd | | | | | Sold (part) | 4/14/'09 | J | | |
| 138. -- JPMorgan Growth Advantage Fd Select | | | | | | | | | |
| 139. -- JPMorgan Highbridge State Mkt Neut Fd | | | | | Buy (add'l) | 4/14/'09 | J | | |
| 140. -- JPMorgan International Value Fd | | | | | Buy | 4/14/'09 | J | | |
| 141. -- JPMorgan Intrepid America Fund | | | | | | | | | |
| 142. -- JPMorgan Intrepid Intl Fd Select | | | | | | | | | |
| 143. -- JPMorgan US Large Cap Core Plus Select | | | | | | | | | |
| 144. -- JPMorgan US Real Estate Fund | | | | | Sold (part) | 4/14/'09 | J | | |
| 145. -- JPMorgan High Yield Bond Fund Select Class | | | | | Sold (part) | 4/14/'09 | J | | |
| 146. -- JPMorgan Short Duration Bond Fund Select Class | | | | | Buy (add'l) | 4/14/'09 | J | | |
| 147. -- JPMorgan Strat Incm Oppys Fd Sel | | | | | Buy | 4/14/'09 | J | | |
| 148. -- Manning & Napier New World Oppys A | | | | | Buy | 4/14/'09 | K | | |
| 149. -- T Rowe Price Intl Fds New Asia Fd | | | | | Sold | 4/14/'09 | J | | |
| 150. -- SPDR Tr Unit Ser 1 | | | | | Sold (part) | 4/16/'09 | J | | |
| 151. -- Fidelity Advisor Ser II High Income Adv Fd | | | | | Sold | 4/14/'09 | J | | |
| 152. -- Goldman Sachs Tr High Yld IFd Instl | | | | | Buy | 4/16/'09 | J | | |
| 153. -- Ishares Barclays Tips Bd Fd | | | | | | | | | |

1 Income Gain Codes        A =$1,000 or less          B =$1,001 - $2,500         C =$2,501 - $5,000         D =$5,001 - $15,000         E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes             J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3 Value Method Codes      Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                T =Cash Market
(See Column C2)           U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/01/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -- Vanguard Fx Inc Sec Int Trm Invt Grd | | | | | Buy | 4/14/09 | J | | |
| 155. | | | | | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 $1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clifton, Richard R. | 05/01/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Positions

_____ passed away in 2006. I am a co-trustee (without compensation), together with _____ and a bank (JPMorgan Chase, which is compensation and which actually manages the accounts), of trust accounts, identified in Part VII as Trusts #1-3. Payments out were made for trust expenses and as directed by the current beneficiary. _____ and I are contingent beneficiaries, but no amounts are currently owing to us and no payments were made to us during the year.

VII Investments and Trusts

Part VII, lines 51-53. As reported in last year's filing, Agence 21, Inc. filed for bankruptcy protection in January 2009, with no distribution to shareholders. That investment was related to investments in MAAS Intek and RepNet, both of whom I believe to be defunct and probably have been for years. I have not been able to obtain more precise information and have now recognized the investments as worthless.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



Chambers of
**RICHARD R. CLIFTON**
United States Circuit Judge

(808) 522-7474

August 13, 2010

Hon. Bobby R. Babcock, Chair
Committee on Financial Disclosure
One Columbus Circle
Washington, D.C. 20544

Re:   Richard R. Clifton, Circuit Judge
      Calendar Year 2009 Filing

Dear Judge Babcock:

        Thank you for your letter dated July 19, 2010. I was on assignment elsewhere when it arrived in my chambers, and I first saw it after returning to Honolulu three days ago.

        Concerning the entry in Part VII, page 5, line 25, for "Hawaii State Bonds," it is correct that I had no income from the asset, other than what was received due to the maturity of the bond. The potentially complicating factor is that the bonds are zero-coupon "college saver" bonds, one of which matured in 2009. I reported all that we received in the "D" transactions column.

        Concerning the entry in Part VII, page 7, line 61, the listing of "Guaranteed Income Fund" as one of the holdings in my retirement accounts held by my former law firm, I am not sure what else to report. The name "Guaranteed Income Fund" is all that appears on the statement that is sent to me, so I assumed that was the fund's name. Enclosed is a page from the December 31, 2009 report, showing the holdings in the accounts. Because this is a public filing, I have redacted the specific dollar amounts for the other funds listed, but I have left the information for the "Guaranteed Income Fund" showing that there's only $4.26 in that fund. My

Hon. Bobby R. Babcock
Committee on Financial Disclosure
August 13, 2010
Page 2

inference is that somewhere along the way a little bit of cash made its way into the account (too small an amount to buy another share or unit of the funds in which the account is invested), and this is how the plan administrator holds cash. As reflected at the bottom of the statement page, the plan administrator is Prudential Retirement. If "Guaranteed Income Fund" is not a public mutual fund or money market fund, then I assume it must be a Prudential holding, so it might be identified as "Prudential Retirement Guaranteed Income Fund." Unless I hear to the contrary, I will identify it that way in future reports.

Thank you for your assistance. Please contact me if I can clarify or correct anything else.

_____
Richard R. Clifton

Enclosure: one page from 12/31/09 retirement accounts statement (redacted)

# Activity Summary by Fund (continued)

| | Value on 10/01/2009 | Additions | Deductions | Change in Value | Value on 12/31/2009 |
|---|---|---|---|---|---|
| **Large Cap Stock** | | | | | |
| American Funds Inv Co Amer R3 | | | | | |
| American Funds Wash Mut R3 | | | | | |
| American Funds AMCAP R3 | | | | | |
| Total Large Cap Stock | | | | | |
| **Small Cap Stock** | | | | | |
| Oppenheimer Main St Sm Cp Fd A | | | | | |
| Total Small Cap Stock | | | | | |
| **Total** | $ | | | | |

*Additions and deductions to your account may include
loan grants, transferred assets, expenses, and transfe
requested a fund transfer during the statement period.*

# Your Investments

| | Units/Shares on 12/31/2009 | Unit/Share Price on 12/31/2009 | Value on 12/31/2009 | % of Total Account Value |
|---|---|---|---|---|
| **Stable Value** | | | | |
| Guaranteed Income Fund | 0.167 | $25.565 | $4.26 | |
| Total Stable Value | | | $4.26 | 0% |
| **Fixed Income** | | | | |
| PIMCO Total Return Fund A | | | | |
| Total Fixed Income | | | | |
| **Large Cap Stock** | | | | |
| American Funds Inv Co Amer R3 | | | | |
| American Funds Wash Mut R3 | | | | |
| American Funds AMCAP R3 | | | | |
| Total Large Cap Stock | | | | |
| **Small Cap Stock** | | | | |
| Oppenheimer Main St Sm Cp Fd A | | | | |
| Total Small Cap Stock | | | | |
| **Total** | | | | |

Information on holdings for The Prudential Retirement Insurance and
www.prudential.com/online/retirement or you may contact 877-PRU-

*We calculate the value of your investment in each fund at the end of the st
values we do not include transactions pending settlement. As you review
of units/shares held and the unit/share price.*

*Your plan offers investment options that are subject to market timing polic
in those investment fund options. Retirement plan investing is for the long term. A full copy of the policy is provided on an annual basis. Additional information is
contained in the investment fund prospectus.*

*Your plan offers Self-Directed Accounts; you may be subject to restrictions on trading amounts and timing. Your account balance reflects the value reported to
Prudential by a third party as of the prior day's close of market and may not necessarily match the balance on your Self-Directed Account statement.*

**FOR UP-TO-DATE INFORMATION:**

**877-PRU-2100**
*24-hour toll-free Interactive Voice Response service
Participant Service representatives available:
M-F, 8 a.m -9 p.m., Eastern Time*

*Hearing Impaired:* Call (TDD) 877-760-5166

*Visit www.prudential.com/online/retirement
to access your account online*

 Prudential

RS.LH.047R
Ed. 12/07